UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                 :
S. KATZMAN PRODUCE INC.,         :
                 :
              Plaintiff,    :
                 :         22-cv-10108 (VSB)
      -against-         :
                 :         **ORDER**
ABRAHAM PRODUCE CORP. t/a H LEE  :
a/t/a H LEE TRUCKING and NAM H. LEE, :
                 :
              Defendants.  :
                 :
------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

On December 9, 2022 I held a hearing to discuss why an order should not be issued pursuant to Rule 65 of the Federal Rules of Civil Procedure. The parties represented that they are currently working towards a resolution and have discussed providing Plaintiff with access to a computer and documents currently located in an office owned by Defendants, ("Abraham's Office"). As stated during the hearing, it is hereby:

ORDERED that the parties submit a joint letter by December 13, 2022 indicating whether Plaintiff can access the materials currently contained in Abraham's Office, the parameters of retaining those materials, including whether Defendants will have a representative present, and the status of Mr. Kim's continued representation of Defendants.

SO ORDERED.

Dated:  December 9, 2022
         New York, New York

                                                     Vernon S. Broderick
                                                     United States District Judge