```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
                                                         :
S. KATZMAN PRODUCE INC.,                                 :
                                                         :
                              Plaintiff,                 :
                                                         :        22-CV-10108 (VSB)
                -against-                                :
                                                         :             ORDER
                                                         :
ABRAHAM PRODUCE CORP. t/a H LEE                          :
a/t/a H LEE TRUCKING, NAM H. LEE, et al.                 :
                                                         :
                              Defendants.                :
                                                         :
--------------------------------------------------------- X
```

VERNON S. BRODERICK, United States District Judge:

This action having been commenced on November 29, 2022 by the filing of the Complaint, (Doc. 1), and Defendants New Aaron Fruit Market Inc., Brighton Beach Farm Market Inc., C&D Family Inc. trading as D&C Market, Errand Grocery & Deli, Inc. trading as Farm Fresh, 1490 Meat Corp. trading as Olive Tree and Kyoung Suk Song also known as Hyoung Chul Song (collectively, "Defendants") having been served on May 2, 2023, (Docs. 113, 114, 115, 116, 120), and May 5, 2023 (Doc. 127), and the Defendants not having appeared or answered the Complaint and the time for answering the Complaint having expired, I held an Order to Show Cause hearing in this action. The Order to Show Cause hearing was held on October 11, 2023, at 11:00 a.m. Defendants failed to appear at that hearing. Accordingly, it is hereby:

ORDERED that a default is entered against New Aaron Fruit Market Inc., Brighton Beach Farm Market Inc., C&D Family Inc. trading as D&C Market, Errand Grocery & Deli, Inc. trading as Farm Fresh, 1490 Meat Corp. trading as Olive Tree and Kyoung Suk Song also known as Hyoung Chul Song as to liability.

IT IS FURTHER ORDERED that this action be referred to Magistrate Judge Katharine H. Parker for an inquest into damages.

SO ORDERED.

Dated: October 11, 2023
      New York, New York

*Vernon Broderick*
Vernon S. Broderick
United States District Judge