UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
S. KATZMAN PRODUCE INC.,

                Plaintiff,                    22 **CIVIL** 10108 (VSB)(KHP)

    -against-                              **JUDGMENT**

ABRAHAM PRODUCE CORP. t/a H LEE a/t/a
H LEE TRUCKING, NAM H. LEE, et al.,

                Defendants.
------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Order dated May 2, 2024, the Court has reviewed Magistrate Judge Parker's detailed and well-reasoned Report and Recommendation for clear error and, after careful review, found none. Therefore, the Report and Recommendation is ADOPTED in its entirety.  Plaintiff is awarded the following damages from the Defaulting Defendants with prejudgment interest computed based on the invoice dates to the defendants listed as follows: (1)  New Aaron Fruit Market, principal amount of $23,507.15, with 9% interest in the amount of $3,500.96; (2) Brighton Beach Farm Market, principal amount of $23,886.88, with 9% interest in the amount of $7,332.94; (3) D&C Market, principal amount of $12,463.30, with 9% interest in the amount of $1,644.13; (4) Farm Fresh, principal amount of $9,394.25, with 9% interest in the amount of $1,920.29; (5) Olive Tree, principal amount of $19,827.79, with 9% interest in the amount of $7,641.58; and (6) Kyoung Suk Song, principal amount of $201,807.22, with 9% interest in the amount of $27,965.50; accordingly, the case is closed.

**Dated:**  New York, New York

       May 3, 2024

                                                            **RUBY J. KRAJICK**

                                                            **Clerk of Court**

                               **BY:**      *K. Mango*

                                                             **Deputy Clerk**