UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
S. KATZMAN PRODUCE INC.,

                Plaintiff,

-against-                      22-CV-10108 (VSB)

**ORDER**

ABRAHAM PRODUCE CORP. t/a H LEE
a/t/a H LEE TRUCKING, NAM H. LEE, et al.

                Defendants.
------------------------------------------------------------X

**VERNON S. BRODERICK**, United States District Judge:

    On September 4, 2024, Defendant C&D Family Inc. filed a motion to vacate the default judgment entered against it in this matter. (Doc. 189.) It is hereby:

    ORDERED that, by November 1, 2024, Plaintiff file its response to the motion.

SO ORDERED.

Dated: October 4, 2024
       New York, New York

                                                Vernon S. Broderick
                                                United States District Judge