Louis W. Diess, III
Mary Jean Fassett
Kate Ellis
Blake A. Surbey
Gregory A. Brown

gbrown@mccarronlaw.com

**VIA ECF ONLY**

Hon. Vernon S. Broderick
United States District Court
40 Foley Square
New York, New York 10007

In light of the Partial Satisfaction of Judgment entered as to Defendant C&D Family, the Clerk of Court is respectfully directed to terminate the pending motion at Doc. 189.

10/8/2024

SO ORDERED:

*[signature]*

HON. VERNON S. BRODERICK
UNITED STATES DISTRICT JUDGE

Re:   S. Katzman Produce Inc. v. Abraham Produce Corp.; Case No. 22-cv-10108 (VSB)

Dear Judge Broderick:

We are the attorneys for plaintiff S. Katzman Produce Inc. ("Plaintiff") in the above-referenced action and write to briefly respond to the motion to vacate filed by defendant C&D Family Inc. ("C&D") and this Court's Order dated October 4, 2024.

I have reviewed C&D's motion and have been in contact with C&D and its representatives. I am satisfied that C&D's debt to Abraham was in large part paid prior to the filing of the amended complaint. Had C&D previously shared the documents annexed to its motion and other materials with my office we would not have included it as a defendant in the case. We have filed a partial satisfaction of judgment with the Clerk's office resolving the portion of the judgment entered against C&D.

Thank you for your attention to this matter.

Sincerely,
McCarron & Diess

By: *[signature]*
Gregory Brown

cc.:   All counsel of record (via ECF)